# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAQUENTA MARCHANT, on behalf of A.A.H, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 18-0345 |
| NANCY A. BERRYHILL, Acting Commissioner of Soc. Sec., | |
| Defendant. | |

## ORDER

**AND NOW**, this 28th day of May, 2019, upon consideration of Defendant Nancy A. Berryhill's, Acting Commissioner of the Social Security Administration ("Commissioner"), Objection to the January 9, 2019 Report and Recommendation, Plaintiff Taquenta Marchant's, on behalf of her daughter, A.A.H., Memorandum of Law in Opposition, and the parties' supplemental briefing, it is hereby **ORDERED** that the Commissioner's Objections are **SUSTAINED** and United States Magistrate Judge Richard A. Lloret's Report and Recommendation, (Doc. No. 17), is **OVERRULED**.

**IT IS FURTHER ORDERED** that the above-captioned case is **REFERRED** to United States Magistrate Judge Richard A. Lloret for a report and recommendation on the merits.

                                       BY THE COURT:

                                       /s/ Robert F. Kelly
                                       ROBERT F. KELLY
                                       SENIOR JUDGE